ROB BONTA
Attorney General of California
JENNIFER EULER
Chief Assistant Attorney General
RANDAL GLASER
Senior Assistant Attorney General
EMMANUEL R. SALAZAR, State Bar No. 240794
Supervising Deputy Attorney General
Email: Emmanuel.Salazar@doj.ca.gov
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252
Telephone: (916) 621-1835
Fax: (916) 274-2929

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** and **THE STATE OF CALIFORNIA,** ***ex rel.*** **WAYNE WU,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CVS HEALTH CORPORATION, CVS PHARMACY, INC.,** and **Does 1 through 100,**<br><br>Defendants. | Case No.: 2:17-CV-1217 WBS CKD<br><br>**ORDER ON THE STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT AND NOTICE OF PARTIAL DECLINATION IN THE QUI TAM COMPLAINT**<br><br>**FILED UNDER SEAL** |

The State of California having partially intervened and partially declined in this action and the United States having partially intervened and partially declined in this action, pursuant to their respective False Claims Acts, the Court rules as follows:

IT IS ORDERED that relator's Complaint; the State of California's Notice of Partial Intervention for Settlement, the State of California's Notice of Partial Declination in the *Qui Tam* Complaint, the United States Notice of Partial Intervention for Settlement, and the United States Notice of Declination in the *Qui Tam* Complaint; and this Order be unsealed;

///

IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: November 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE